UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>TCL ELECTRONICS HOLDINGS, LTD.,<br><br>        Defendant. | Case No. 20-mc-80079-JCS<br><br>**ORDER DENYING MOTION TO MODIFY AND/OR QUASH**<br><br>Re: Dkt. No. 1 |

IT IS HEREBY ORDERED THAT THE Motion to Modify and/or Quash Plaintiff Canon's Subpoena and for Protective Order (the "Motion") is DENIED on the basis that the parties have failed to meet and confer adequately in good faith.  The parties shall meet and confer by video conference within ten (10) days of this order. The parties shall prepare a joint letter to the court not to exceed five (5) pages if there are any unresolved issues.  At a time when the country and the world is facing a health crisis, the court expects counsel and the parties to make extra efforts to resolve discovery issues amicably.

Counsel for Roku shall serve a copy of this order upon counsel for Defendant and file a Certificate of Service.

**IT IS SO ORDERED.**

Dated:  May 8, 2020

JOSEPH C. SPERO
Chief Magistrate Judge